AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Floyd Thomas Davis<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:13-MJ-257 |

F I L E D
MAY - 2 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 3, 2012 - April 30, 2013  in the county of  Fairfax  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Between December 3, 2012 and April 30, 2013, in Fairfax County, in the Eastern District of Virginia, the defendant knowingly and unlawfully, conspired, confederated, and agreed to delay and affect commerce and the movement of articles and commodities in such commerce, by robbery, in violation of Title 18, United States Code, Section 1951(a). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Jonathan L. Fahey

_____
Complainant's signature
Special Agent Beau Bourgeois
Printed name and title

Sworn to before me and signed in my presence.

Date:   05/02/2013

City and state:   Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge