IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



FILED MAY - 2 2013 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:13MJ257 |
| | ) | |
| FLOYD THOMAS DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Beau Bourgeois, being duly sworn, state:

1. I am a Special Agent employed by the Federal Bureau of Investigation (FBI). I am assigned to the Violent Crimes Task Force in Washington, D.C. and Northern Virginia. My duties include, but are not limited to, investigations of robberies and violations of the Hobbs Act.

2. The facts and information contained in this affidavit are based upon my training and experience, participation in investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause. It is not intended to include each and every fact and matter observed by me or known to the United States.

3. This affidavit is submitted in support of a Criminal Complaint and an Arrest Warrants charging that between December 3, 2012 and April 30, 2013, in Fairfax County, Virginia, within the Eastern District of Virginia, FLOYD THOMAS DAVIS, did knowingly and

1

unlawfully, conspire, confederate, and agree to delay and affect commerce and the movement of articles and commodities in such commerce, by robbery, in violation of Title 18, United States Code, Section 1951(a).

### Background of Chanel, Gucci, Michael Kors, and Cartier

4.  Chanel S.A's, with its executive offices and principal United States place of business being New York, New York, owns and operates in interstate commerce, retail stores located throughout the United States. Chanel operates retail stores located in Virginia to include a Chanel boutique inside the Neiman Marcus in Tysons Galleria mall in McLean, Virginia.

5.  Guggio Gucci, a division of Kering, headquartered in Florence, Italy with its executive offices in New York, New York, owns and operates in interstate commerce, retail fashion and jewelry stores located throughout the United States, to include a boutique inside the Bloomingdales store located inside the Tysons Corner mall in McLean, Virginia.

6.  Michael Kors Limited, a company headquartered in Hong Kong, whose business includes sale of fashion and jewelry products, owns and operates in interstate commerce, several Michael Kors stores throughout the United States, to include a retail location inside the Tysons Galleria mall located in McLean, Virginia.

7.  Cartier North America, a division of Richemont North America Inc. with its executive offices and principal place of business being 653 Fifth Avenue, New York, owns and operates in interstate commerce, retail jewelry stores located in Chevy Chase, Maryland, New York, New York, and Mclean, Virginia to include a retail location at 5471 Wisconsin Avenue, Chevy Chase, Maryland.

### December 3, 2012 robbery

8. On December 3, 2012, at approximately 11:54 AM, two suspects entered the Michael Kors store located at Tysons Galleria Mall, 2001 International Drive, in the McLean section of Fairfax County, Virginia, within the Eastern District of Virginia. In full view of the store's employees, the two suspects forceably removed approximately $4,840 worth of Michael Kors handbags and fled the store into a waiting vehicle. The vehicle fled the mall closely followed by a grey colored 4 door BMW.

9. According to the Maryland Department of Motor Vehicles, FLOYD DAVIS is the registered owner of a 2009 4 door Grey BMW sedan. The sedan has distinct aftermarket wheels which have been seen several times by law enforcement. The designs of the wheels on DAVIS' BMW match the images of the wheels seen on the BMW in the December 3, 2012 surveillance video.

10. Fairfax County Police Department received records of a Sprint cellular telephone registered to FLOYD DAVIS, with the same date of birth and social security number as the FLOYD DAVIS described throughout this affidavit. These cellular records included cell tower locations for the phone for December 3, 2012. According to the cellular records, the cellular telephone belonging to DAVIS was in the immediate area of Tysons Corner in McLean, Virginia during the December 3, 2012 robbery.

### December 30, 2012 robbery

11. On December 30, 2012, at approximately 12:00 PM, three suspects entered the Neiman Marcus store located at Tysons Galleria Mall, 2001 International Drive, in the McLean section of Fairfax County, Virginia, within the Eastern District of Virginia. The three suspects entered the Chanel boutique within Neiman Marcus. Upon entering the boutique, the suspects

forcibly removed 14 Chanel handbags from the display case causing the display case to shatter and spray broken glass on the store's employees. During the course of this robbery, one of the suspects threatened a store employee to not get involved. The suspects then fled the store into a waiting vehicle. The vehicle fled the mall closely followed by a silver colored 2 door Lexus.

12. Fairfax County Police Department had contact with DAVIS May 30, 2012 while he was driving a silver colored 2 door Lexus. DAVIS was stopped after committing a traffic violation and was issued a summons.

13. Surveillance footage captured the suspects in the Neiman Marcus store during the robbery. One of the suspects bears a close resemblance to known Maryland DMV photographs and social media account photographs of FLOYD DAVIS in facial hair style, complexion, race, approximate age, and build.

14. Fairfax County Police Department received records of a Sprint cellular telephone registered to FLOYD DAVIS. These cellular records included cell tower locations for the phone for December 30, 2012. According to the cellular records, the cellular telephone belonging to DAVIS was in the immediate area of Tysons Corner in McLean, Virginia during the December 30, 2012 robbery.

### February 20, 2013 robbery

15. On February 20, 2013, at approximately 8:14 PM, two suspects entered the Gucci boutiques, located inside the Bloomingdales store located at Tysons Corner Mall, 8100 Tysons Corner Center, in the McLean section of Fairfax County, Virginia within the Eastern District of Virginia. In full view of the store's employees, the two suspects forcibly removed five Gucci handbags worth approximately $13,060 and fled the store.

16. During the robbery, FLOYD DAVIS was inside the Gucci Store purchasing several Gucci items at the Gucci counter feet from where the robbery took place. DAVIS completed the purchase using a credit card registered to him and gave his true name as part of his customer account during the purchase. DAVIS was using his cellular phone during the time of the robbery. A person matching the physical description of DAVIS was captured on video surveillance completing the transaction during the robbery.

17. Federal Bureau of Investigation agents received records of a T-Mobile cellular telephone registered to FLOYD DAVIS, with DAVIS's known social security number and birthdate. These cellular records included cell tower locations for the phone for February 20, 2013. According to the cellular records, the cellular telephone belonging to DAVIS was in the immediate area of Tysons Corner in McLean, Virginia during the February 20, 2013 robbery.

### February 28, 2013 robbery

18. On February 28, 2013, at approximately 1:53 PM, four suspects wearing gloves and ski masks entered the Belle View Jewelers located at 1604 Belle View Boulevard, Alexandria, Virginia. One of the suspects ran directly to a display case that contained Rolex watches and pointed at the case. In full view of the store's employees, a second suspect smashed the glass on the display case using a hammer. The suspects grabbed several Rolex and Citizen watches worth approximately $15,700 and fled the store.

19. Immediately prior to the robbery, a person matching the physical description of FLOYD DAVIS was seen on video surveillance inside the Belle View Jewelers. DAVIS was inspecting the same display case containing the Rolex watches that were targeted during the robbery. The store owner watched the person believed to be DAVIS leave the store and enter a grey colored 4 door BMW. Additionally, a grey colored 4 door BMW similar to the vehicle

5

registered to DAVIS is seen on surveillance video entering the parking lot of the Belle View Jewelers immediately before the robbery.

20. Federal Bureau of Investigation agents received records of a T-Mobile cellular telephone registered to FLOYD DAVIS. These cellular records included cell tower locations for the phone for February 28, 2013. According to the cellular records, the cellular telephone belonging to DAVIS was in the immediate area of Belle View Jewelers in Alexandria, Virginia during the February 28, 2013 robbery.

### April 30, 2013 robbery

21. On April 30, 2013, at approximately 11:08AM, Montgomery County police responded to the Cartier store located at 5471 Wisconsin Avenue, Chevy Chase, Montgomery County, Maryland for the report of a robbery. At approximately 11:00AM, five suspects wearing masks and gloves entered the store and grabbed 13 Cartier watches worth approximately $131,000. A security guard struggled with two suspects upon entry and the remaining three suspects smashed a display case using a hammer and took the watches. The suspects then fled the store into a waiting vehicle.

22. Witnesses described the vehicle entered by the suspects as a newer model Dodge Charger with an Illinois registration plate on the rear of the vehicle and a Virginia registration plate on the front of the vehicle. An off duty Montgomery County Police Officer was involved in a short pursuit of the vehicle prior to the vehicle fleeing into the District of Columbia. He observed a black male driving the vehicle and a black male in the passenger seat. The off duty unit advised that there appeared to be several subjects lying down in the back seat of the vehicle. The vehicle was then spotted a short time later by Metropolitan Police Department

officers and during that pursuit the suspect Dodge Charger struck the marked police vehicle, causing injury to the responding officer.

23. A witness reported seeing the Dodge Charger occupied by 6 black males with people sitting on each other's laps in the area of 4600 Block of Livingston Rd in Washington, D.C. SE between 11:45 AM and 12:00 PM. The vehicle had damage to the passenger side of the vehicle.

24. Federal Bureau of Investigation agents received records of a T-Mobile cellular telephone registered to FLOYD DAVIS. These cellular records included cell tower locations for the phone for April 30, 2013. According to the cellular records, the cellular telephone belonging to DAVIS was in the immediate area of the Cartier robbery on April 30, 2013. The cellular phone then travels a path consistent with the aforementioned police pursuit of the vehicle that fled the scene of the Cartier robbery. Additionally, the phone is in the immediate area of the 4600 Block of Livingston Road between 11:50 AM and 12:00 PM.

## Conclusion

25. Based upon the above information, I respectfully submit there is probable cause to believe that between December 3, 2012 and April 30, 2013, in Fairfax County, Virginia, within the Eastern District of Virginia, FLOYD THOMAS DAVIS did knowingly and unlawfully, conspire, confederate, and agree to delay and affect commerce and the movement of articles and commodities in such commerce, by robbery, in violation of Title 18, United States Code, Section 1951.

_____
Special Agent Beau Bourgeois
Federal Bureau of Investigation

Sworn to and subscribed to before me
this 2nd day of May, 2013

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia