**FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002**

JS 45 (11/2002)

## Criminal Case Cover Sheet            U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No _X_    **Judge Assigned:** _____

City _____ Superseding Indictment _____ **Criminal Number:** _____

County/Parish _Fairfax_    Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _1:13mj257_    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No _X_ FBI # _____

Defendant Name: _Floyd Thomas Davis_    Alias Name(s) _____

Address: _Washington, DC 20020_

Employment: _____

Birth date _xx/xx/1969_ SS# _xxx-xx-1522_ Sex _M_ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _Black_ Eyes _Brown_ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed    Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Jonathan L. Fahey_    Telephone No: _703-299-3700_    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title: _SA Beau Bourgeois, FBI_

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C 1951(a) | Hobbs Act Robbery | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _5/2/13_    Signature of AUSA: _[signed]_