IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:13CR266 |
| | ) |
| FLOYD THOMAS DAVIS, | ) |
| | ) |
| Defendant. | ) |

CRIMINAL INFORMATION

Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

From in and around December 2012 through in and around April, 2013, in the Eastern District of Virginia, and elsewhere, the defendant, FLOYD THOMAS DAVIS, conspired with others to obstruct, delay and affect commerce and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951.

(In violation of Title 18, United States Code, Section 1951.)

Count 2

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 3, 2013, in Capitol Heights, Maryland, within the District of Maryland, the defendant, FLOYD THOMAS DAVIS, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit: a handgun.

(In violation of Title 18, United States Code, Section 922 (g)(1))

Respectfully submitted,

Neil H. MacBride
United States Attorney

_____
Jonathan L. Fahey
Assistant United States Attorney

_____
Alison Anderson
Special Assistant U.S. Attorney